1

2

3

4

5        UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF WASHINGTON

7    ROGER D. THOMPSON,

8                                Plaintiff,        NO:  2:16-CV-17-RMP

         v.                                         ORDER DISMISSING ACTION
9                                                   WITHOUT PREJUDICE AND
     TACY MUZZY,                                    DIRECTING THAT COLLECTION
10                                                  OF THE FILING FEE CEASE
                                Defendant.
11

12        BEFORE THE COURT is Plaintiff Roger D. Thompson's Motion to

13   Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  Defendants have

14   not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion,

15   ECF No. 10, is **GRANTED** and this action is **DISMISSED WITHOUT**

16   **PREJUDICE.**

17        Plaintiff also filed a Motion and Declaration to waive collection of the

18   remaining balance of the filing fee in this action.  For good cause shown, **IT IS**

19   **ORDERED** Plaintiff's Motion, ECF No. 11, is **GRANTED** and the institution

20

21   ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING
     THAT COLLECTION OF THE FILING FEE CEASE--1

1 | having custody of Mr. Thompson shall cease collection of the filing fee in this

2 | action, cause number **2:16-cv-00017-RMP.**

3 |      **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

4 | Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff

5 | and close the file.  The District Court Executive is further directed to send a copy

6 | of this Order to the Office of the **Department of Corrections, Attn: LFO/COS**

7 | **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate

8 | agency having custody of Plaintiff.  The District Court Executive also **shall**

9 | provide a copy of this Order to the Financial Administrator for the United States

10 | District Court, Eastern District of Washington.

11 |      **DATED** this 13th day of May 2016.

13 |        *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

21 | ORDER DISMISSING ACTION WITHOUT PREJUDICE AND DIRECTING
THAT COLLECTION OF THE FILING FEE CEASE--2